OPINION — AG — THE COUNTY COMMISSIONERS OF PAWNESS COUNTY MAY BUILD A PARKING LOT FOR COUNTY OFFICIALS AND THE GENERAL PUBLIC TO USE ON PRESENT LAND WHICH THE COUNTY OWNS NOW FOR COURTHOUSE PURPOSE. CITE: 19 O.S. 1961 943 [19-943], 19 O.S. 1961 941 [19-941], 19 O.S. 1961 403 [19-403] 19 O.S. 1961 401 [19-401], 19 O.S. 1961 339 [19-339] [19-339], 19 O.S. 1961 1 [19-1] (JOSEPH MUSKRAT) ** SEE: OPINION NO. 75-332 (1975) **